UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Brian K. Wells

    v.　　　　　　　　　　　　　　　　　　Case No. 24-cv-100-LM-TSM

Merrill Lynch, Pierce, Fenner
& Smith, Inc., et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated February 21, 2025. For the reasons explained therein, the defendants' motions to dismiss (Doc. No. 7 and 13) are granted. The defendants' motion to strike (Doc. No. 13) is denied as moot.

The clerk shall enter judgment and close this case.

SO ORDERED.

                                                   _____
                                                   Landya B. McCafferty
                                                   Chief Judge

Date: March 12, 2025

cc:    Brian K. Wells, pro se
        Counsel of Record