```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Brian K. Wells

    v.                                          Case No. 24-cv-100-LM-TSM

Merrill Lynch Pierce, et al


## JUDGMENT

In accordance with the Order by Chief Judge Landya B. McCafferty dated March 12, 2025, approving the Report and Recommendation by Magistrate Judge Talesha L. Saint-Marc dated February 21, 2025, judgment is hereby entered.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                    By the Court:

                                    _____
                                    Daniel J. Lynch
                                    Clerk of Court


Date: March 12, 2025

cc:   Brian K. Wells, pro se
       Counsel of Record